IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KEITH RUSSELL JUDD,**

    **Plaintiff,**

vs.                                                Case No. 4:11cv234-SPM-WCS

**SECRETARY OF STATE OF FLORIDA,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

On May 23, 2011, Plaintiff submitted a § 1983 civil rights complaint, doc. 1, and a motion seeking leave to proceed *in forma pauperis*, doc. 2. Plaintiff is a prisoner in the State of Texas. Plaintiff's complaint seeks declaratory judgment and a preliminary injunction; Plaintiff seeks to be placed on the presidential ballot in the State of Florida in 2012. Doc. 1.

In as early as March, 2000, Plaintiff received sanctions against him because of his repeated frivolous filings. Plaintiff has been sanctioned numerous times, including court orders directing the clerks of court to not accept his pleadings unless Plaintiff paid the monetary sanctions. See Judd v. The University of New Mexico, No. 98-51060 (5th Cir. May 13, 1999)(sanctioned $105.00). Plaintiff has more than three frivolous filings

and has been barred from proceeding *in forma pauperis.* Judd v. University of New Mexico, No. 4:96cv122 (5th Cir. Dec. 9, 1997); Judd v. United States District Court, No. 4:98cv167 (5th Cir. April 16, 1999); Judd v. United States District Court, No. 98cv51118 (5th Cir. Nov. 9, 2000) (sanctioned $105.00 and barred from further filings); United States v. Judd, No. 08-50213 (5th Cir. Oct. 7, 2009)(sanctioned $500 and barr from further filings). In Judd v. United States of America, No. 2:00cv110, his case was dismissed under 28 U.S.C. § 1915(g) on March 31, 2000. Plaintiff has not only filed multiple frivolous cases, he has been sanctioned numerous times for doing so.

Plaintiff is not in imminent danger of serious physical injury, nor is he challenging prison conditions alleged to present imminent danger to him. Plaintiff may not proceed in this case without filing the entire filing fee at the time of case initiation. Thus, this case must be dismissed under 28 U.S.C. § 1915(g) because Plaintiff is not entitled to *in forma pauperis* status and has not paid the filing fee.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's motion for *in forma pauperis* status, doc. 2, be **DENIED** and this case be **DISMISSED** as Plaintiff is not entitled to proceed *in forma pauperis* in federal court absent allegations of being in imminent danger of serious physical injury pursuant to 28 U.S.C. § 1915(g) and he has not paid the filing fee.

**IN CHAMBERS** at Tallahassee, Florida, on May 26, 2011.

 S/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.