IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KEITH RUSSELL JUDD,

       Plaintiff,

v.                                                                    CASE NO.: 4:11cv234-SPM/WCS

SECRETARY OF THE STATE
OF FLORIDA,

       Defendant.
_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's Report and Recommendation dated May 26, 2011, (doc. 4), recommending dismissal of Plaintiff's complaint under the three strikes provision of 28 U.S.C. § 1915(g). Plaintiff has filed a memorandum (doc. 5) in support of his complaint and a notice (doc. 6) that he is seeking transfer through the Judicial Panel on Multidistrict litigation.  Neither of these documents affect the dismissal under § 1915(g).

As three-striker, Plaintiff must demonstrate that he is in imminent danger of serious physical injury to proceed without payment of the filing fee.  Plaintiff cannot meet this requirement because his complaint concerns his placement on

the Primary Presidential Ballot as a Democratic candidate for President of the United States.  He has not demonstrated that he is in imminent danger of serious physical injury.

In accordance with Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.  Accordingly, it is hereby ORDERED as follows:

1.      The magistrate judge's report and recommendation (doc. 4) is ADOPTED and incorporated by reference in this order.

2.      Plaintiff's motion for in forma pauperis status (doc. 2) is denied.

3.      This case is dismissed pursuant to 28 U.S.C. § 1915(g).

DONE AND ORDERED this 12th day of July, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge