IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KEITH RUSSELL JUDD,

    Plaintiff,

v.                              CASE NO.: 4:11cv234-SPM/WCS

SECRETARY OF THE STATE
OF FLORIDA,

    Defendant.

_____/

## ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT

Upon consideration, Plaintiff's motion for relief from judgment (doc. 22) is denied. Plaintiff is not under imminent danger of serious physical injury and he is not entitled to proceed without payment of the filing fee. 28 U.S.C. § 1915(g). Any appeal of this matter is not taken in good faith. 28 U.S.C. § 1915(a)(3).

DONE AND ORDERED this 6th day of August, 2011.

                                         *s/ Stephan P. Mickle*
                                         Stephan P. Mickle
                                         Senior United States District Judge